DAVID T. WILENTZ, Attorney-General of the State of New Jersey, respondent,

*v.*

FAIRLAND MANAGEMENT CORPORATION, INC., a corporation of the State of New Jersey, et al., appellants.

[Submitted May term, 1941. Decided September 19th, 1941.]

*Mr. Abraham M. Herman,* for the appellants.

*Mr. Andrew J. Markey,* for the respondent, David T. Wilentz.

The opinion of the court was delivered by

BODINE, J.

The proceeding under review was instituted under the New Jersey Securities Act (*N. J. S. A. 49:1-11*) designed to prevent cheating in securities. An injunction was granted

and a receiver was appointed. From our examination of the facts, it appears that the proofs supported the conclusion of the learned Vice-Chancellor. The procedure adopted merely followed that sanctioned in *Stevens* v. *Associated Mortgage Co., 107 N. J. Eq. 297; affirmed, 110 N. J. Eq. 70,* and *Stevens* v. *Washington Loan Co., 107 N. J. Eq. 94; affirmed, 109 N. J. Eq. 128.*

The decree is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.